NEW YORK WETPRUF CORPORATION, Landlord, Appellant, v. WINSTON SLIPPER CO., INC., Tenant, Respondent.

Supreme Court, Appellate Term, First Department, April 4, 1946.

*Nathan A. Markowitz* and *Harry Mandell* for appellant.

*Louis L. Tetelman* for respondent.

MEMORANDUM *Per Curiam.* As the notice required the tenant to surrender on September 1, 1945, the effect of the notice was to terminate the term at midnight August 31st, and the court had jurisdiction of the proceeding. The final order and order should be reversed, with $10 costs, and motion denied.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.

Orders reversed, etc.